UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: _____
Magistrate: _____

# 99-8826
## CIV-FERGUSON

**MAGISTRATE JUDGE
SNOW**

ARTHUR KAUFMAN,          )

      Plaintiff,          )

vs.                     )

SPIRIT AIRLINES, INC., a foreign   )
corporation, and JOHN ROBERTSON,  )

      Defendants.       )



## DEFENDANTS' NOTICE OF REMOVAL

Defendants, SPIRIT AIRLINES, INC. and JOHN ROBERTSON (hereinafter collectively referred to as "DEFENDANTS"), by and through their undersigned attorneys, Thornton, Davis & Murray, P.A., hereby remove the foregoing case from the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division, pursuant to Sections 1441 and 1331 of Title 28 of the United States Code, and respectfully show the Court as follows:

1.     This Removal is based upon federal question jurisdiction pursuant to Section 1331 of Title 28 of the United States Code and civil rights question jurisdiction under Section 1343 of Title 28 of the United States Code.

2.     This civil action was originally commenced by the filing of a Complaint in the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida styled *Arthur Kaufman v.*

*Spirit Airlines, Inc., a foreign corporation, and John Robertson*, Case No. 99-7745 AO. A copy of the Complaint and the Summons served upon Defendant, SPIRIT AIRLINES are attached hereto as composite Exhibit "A".

3.    The Complaint seeks money damages under theories of false imprisonment, assault, and civil rights violations under section 1983 of Title 42 of the United States Code, from a December 17, 1998 incident which occurred on a SPIRIT AIRLINES, INC. flight from Islip, New York to West Palm Beach, Florida.

4.    DEFENDANTS first received notice of this action on September 28, 1999 when the Summons and Complaint were served on the registered agent for Defendant, SPIRIT AIRLINES, INC.

5.    DEFENDANTS seek removal to the Southern District of Florida, the district in which the action is now pending.

6.    This Notice of Removal is filed within thirty (30) days of receipt of the initial pleading by Defendant, SPIRIT AIRLINES, INC., the first Defendant to be served with the Summons and Complaint in this case.

7.    Following the filing of this Notice with this Court, written notice of this filing will be filed with the Clerk of the Fifteenth Judicial Circuit Court of Palm Beach County, Florida, and a copy of same will also be provided to Plaintiff's attorney.

8.    Pursuant to Section 1446(a) of Title 28 of the United States Code, true and correct copies of all process, pleadings and other papers served upon Defendant, SPIRIT AIRLINES, INC. are attached hereto as composite Exhibit "A".

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

9.      No previous application for relief sought herein has been made to this Court or any other Court.

10.     This action may be removed to this Court by DEFENDANTS pursuant to Section 1441 of Title 28 of the United States Code, which states in pertinent part:

> (b)Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

11.     This Court has jurisdiction under the provisions of Section 1331 of Title 28 of the United States Code, which states in pertinent part:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

12.     Additionally, this court has jurisdiction of this action under the provisions of Section 1343 of Title 28 of the United States Code, which states in pertinent part:

> (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
>
> > (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom, or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
> >
> > (4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

3

13.     The above-described action is one in which this Court has original jurisdiction pursuant to Sections 1331 and 1343 of Title 28 of the United States Code in that it arises under an Act of Congress known as Section 1983 of Title 42 of the United States Code which states in pertinent part:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Colombia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this action, any Act of Congress applicable exclusively to the District of Colombia shall be considered to be a statute of the District of Colombia.

14.     The Complaint alleges that the DEFENDANTS deprived the Plaintiff of rights under Section 1983 of Title 42 of the United States Code by violating the Plaintiff's civil rights and the First, Thirteenth and Fourteenth Amendments to the Constitution of the United States.

15.     This Court has supplemental jurisdiction under Sections 1367(a) and 1441 (c) of Title 28 of the United States Code over the Plaintiff's state law claims as these claims are so related to claims in this action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

16.     Accordingly, this action is removable in its entirety to this Court pursuant to Sections 1441(b), 1331, 1343 of Title 28 of the United States Code.

4

Case No. CL 99-7745 AO

WHEREFORE, Defendants, SPIRIT AIRLINES, INC. and JOHN ROBERTSON, pray that

the above-entitled action now pending in the Fifteenth Judicial Circuit Court in and for Palm Beach

County, Florida be removed from there to this Court.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by U. S. Mail this 18th day of October, 1999 to: CHRIS MANCINO, ESQ., Attorney for Plaintiff,

P. O. Box 167, Ft. Lauderdale, FL 33302.

> **THORNTON, DAVIS & MURRAY, P.A.**
> Attorneys for Defendants
> Brickell BayView Centre, Suite 2900
> 80 Southwest 8th Street
> Miami, FL 33130
> Telephone: (305) 446-2646
> Fax: (305) 441-2374
>
>
> By: _____
> **J. THOMPSON THORNTON**
> Florida Bar No. 356107
> **MANUEL GURDIAN**
> Florida Bar No. 162825

H:\Library\52756\plead\Removal.wpd

5





RECYCLED PAPER

United States Corporation Company                    The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

**Date Processed:** 28-SEP-99              **Transmittal #:** FL0762302P        ALL

**To:** MARK S. KAHAN                     Redirect sent to:
SPIRIT AIRLINES, INC.
18121 EAST EIGHT MILE ROAD
SUITE 100
EASTPOINTE MI 48021

### TYPE OF REPRESENTATION:   Statutory

*We enclose the following documents which were served upon:*
                    The Prentice-Hall Corporation System, Inc.
*as registered agent in*  **Florida**        *for*
                    **SPIRIT AIRLINES, INC. (ID#:  0565599)**
*Documents were served on*  **28-SEP-99**   *via Personal Service*        **ID#:** N/A

**Title of Action:** ARTHUR KAUFMAN                    **Case #:** CL 99-7745AO
        **vs.** SPIRIT AIRLINES, INC., ET AL
     **Court:** CIRC. COURT 15TH JUD. CIRC. PALM BEACH COUNTY FL
**Nature of Case:** Not Apparent

| | | |
|---|---|---|
| X_ Summons | ____ Notice of Mechanic's Lien | _____ A self-addressed stamped |
| X_ Complaint | ____ Notice of Attorney's Lien | envelope enclosed |
| ____ Garnishment | ____ Notice of Default Judgment | _____ Duplicate copies of the Notice |
| ____ Subpoena | | and Acknowledgement enclosed |

____ Other:

**Answer Due:** WITHIN 20 DAYS AFTER SERVICE
**Documents Sent:** Federal Express        **ID#:**
**Call Placed:** No call placed         **Spoke to:** N/A
**Comments:** N/A

**Attorney for Claimant:**
        CHRIS MANCINO
        P.O. BOX 167
        FORT LAUDERDALE, FL 33302

        954-463-5266

Form Prepared By:  Sebrena Randolph

*Please acknowledge receipt of this notice and the enclosures by signing and returning the acknowledgement copy.*

### Original Client Copy - for your records

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO:        CL 99 - 7745 AO

ARTHUR KAUFMAN,

       Plaintiff,

*DARRYL NEWMAN*
*CERTIFIED PROCESS SERVER ID #68*
*SECOND JUDICIAL CIRCUIT FLORIDA/COUNTY*
*DATE SERVED 9/28/99   TIME 4:15p*

Vs.

*NEWMAN'S PROCESS SERVICE*

Spirit Airlines,Inc, A Foreign
Corporation,and John Robertson

       Defendants.

---

## SUMMONS

THE STATE OF FLORIDA:

To all and singular the Sheriffs of said State:

      YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint or petition in this action on Defendant:

BY SERVING:      SPIRIT AIRLINES, INC
                 THE PRENTICE HALL CORPORATION SYSTEM, INC
                 1201 Hays Street
                 Tallahassee, FL 32301

      Each defendant is required to serve written defenses to the complaint or petition on CHRIS MANCINO, ESQ., P.O. Box 167, Fort Lauderdale, FL 33302; Telephone: (954) 463-5266, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

                          AUG 1 2 1999
      WITNESS my hand and the Seal of said Court, on _____.

                 DOROTHY H. WILKEN
                 Clerk Circuit Court
      As Clerk of said Court

                 SUZANNE SHOEMAKER
      By:_____
                  Deputy Clerk

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.

ARTHUR KAUFMAN,

       Plaintiff,

and

SPIRIT AIR LINES, Inc, a foreign
corporation, and JOHN ROBERTSON,
individually,

       Defendants.

_____/

**COMPLAINT**

CL '99 - 72450
COPY
ORIGINAL RECEIVED FOR FILING

AUG 12 1999

DOROTHY H. WILKEN
CLERK OF CIRCUIT COURT
CIRCUIT CIVIL DIVISION

COMES NOW the Plaintff ARTHUR KAUFMAN, by and through the undersigned

attorney and sues the Defendants,  SPIRIT AIR LINES, Inc, a foreign corporation, and JOHN

ROBERTSON, individually, saying:

## COUNT I

1.      This is an action for damages that exceed $15,000.00.

2.      The Plaintiff was at all time pertinent to this action, a resident of Palm Beach

County, Florida.

3.      At all times pertinent to this action, the Defendant, Spirit Airlines, Inc. was

a foreign corporation doing business in Palm Beach County, Florida.

4.      At all times pertinent to this action, the Defendant, JOHN ROBERTSON was

an individual present in Palm Beach County, Florida.

5.      At all times pertinent to this action, the Defendant, JOHN ROBERTSON was

employed by Defendant, Spirit Airlines, Inc.

6.     On or about December 17, 1998, the Plaintiff was a passenger on an plane flight operated by Defendant Spirit Airlines, Inc., landing at Palm Beach County, Florida.

7.     At the conclusion of said plane flight, the Plaintiff was taken into custody by Palm Beach County Sheriff's deputies upon the sworn complaint of the Defendant John Robertson.

8.     As a result of the complaint of the Defendant, the Plaintiff was placed into custody detained and held for questioning by several law enforcement authorities.

9.     The detention of Plaintiff was without legal or factual basis and was intended solely to threaten, harass, inconvenience, and embarrass the Plaintiff.

10.     The acts of the Defendant, JOHN ROBERTSON, were made while acting as an agent/employee of Defendant, Sprit Airlines, Inc. and were within the scope and purview of his employment by said Defendant.

11.     As a result of the actions of the Defendants, the Plaintiff suffered emotional distress, public humiliation and embarassment as well as incurring considerable inconvenience and was damaged as a result thereof.

12.     Plaintiff has been required to retain the services of the undersigned counsel to assist him in this matter and has agreed to pay him a reasonable fee for his services in this matter.

13.     Plaintiff is entitled to recover attorneys fees and costs under provision of Florida Statutes §57.105.

WHEREFORE, the Plaintiff requests damages in excess of $15,000.00 with costs and an award of reasonable attorneys fees.

- 2 -

## COUNT II

14.     This is an action for damages that exceed $15,000.00.

15.     The Plaintiff was at all time pertinent to this action, a resident of Palm Beach County, Florida.

16.     At all times pertinent to this action, the Defendant, Spirit Airlines, Inc. was a foreign corporation doing business in Palm Beach County, Florida.

17.     At all times pertinent to this action, the Defendant, JOHN ROBERTSON was an individual present in Palm Beach County, Florida.

18.     At all times pertinent to this action, the Defendant, JOHN ROBERTSON was employed by Defendant, Spirit Airlines, Inc.

19.     On or about December 17, 1998, the Plaintiff was a passenger on an plane flight operated by Defendant Spirit Airlines, Inc., landing at Palm Beach County, Florida.

20.     At the conclusion of said plane flight, the Plaintiff was taken into custody by Palm Beach County Sheriff's deputies upon the sworn complaint of the Defendant John Robertson.

21.     The Defendant alleged an assault by the Plaintiff that was false and fraudulent.

22.     Such allegation of assault was not made in good faith but was  made solely to cause Plaintiff to be falsely arrested by law enforcement officers.

23.     Such false imprisonment was an abuse of legal authority and is tantamount to a criminal action on the part of the Defendant John Robertson.

24.     Such actions on the part of the Defendant, John Robertson, were intentional and malicious.

- 3 -

25.     As a result of the complaint of the Defendant, the Plaintiff was placed into custody detained and held for questioning by several law enforcement authorities a copy of the offense report filed by the Sheriff's department is attached hereto as Exhibit A to this complaint.

26.     The acts of the Defendant, JOHN ROBERTSON, were made while acting as an agent/employee of Defendant, Sprit Airlines, Inc. and were within the scope and purview of his employment by said Defendant.

27.     As a result of the actions of the Defendants, the Plaintiff suffered emotional distress, public humiliation and embarassment as well as incurring considerable inconvenience and was damaged as a result thereof.

28.     Plaintiff has been required to retain the services of the undersigned counsel to assist him in this matter and has agreed to pay him a reasonable fee for his services in this matter.

29.     Plaintiff is entitled to recover attorneys fees and costs under provision of Florida Statutes §57.105.

WHEREFORE, Plaintiff seeks damages in excess of $15,000.00 plus reasonable attorneys fees for the costs of this action against Defendants John Robertson and Spirit Airlines, Inc. jointly and severally.

- 4 -

## COUNT III

30.     This is an action for deprivation of rights pursuant to 42 USCS§1983.

31.     Upon information and belief, on or about December 17, 1998, the Defendant John Robertson, acting while in the scope and authority of his employment for Spirit Airlines, Inc. did cause members of the Palm Beach County Florida Sheriff's department to detain Plaintiff, Arthur Kaufman against his will alleging interference with the operation of a commercial airline crew in execution of their duties for the purposes of depriving Plaintiff of his Consitutional rights to liberty and freedom of speech guaranteed by the United States Constitution thereby violating Plaintiff Arthur Kaufman's civil rights and the 1ˢᵗ and 14ᵗʰ Amendments to the Constitution of the United States.

32.     Upon information and belief, the pilot and crew of Defendant Spirit Airlines, Inc. acting under color of law, had no lawful rights to have Plaintiff detained and thereby did violate the civil rights of Arthur Kaufman under the 13ᵗʰ and 14ᵗʰ Amendments to the Constitution redressable under 42 USCS §1983.

33.     The Plaintiff has been required to retain the services of the undersigned counsel to represent him in this matter and has agreed to pay him a reasonable fee for his services rendered.

34.     Under Provisions of 42 USCS §1983 the Plaintiff is entitled to an award of reasonable attorneys fees for his representation in this matter.

WHEREFORE, Plaintiff seeks damages in excess of $15,000.00 plus reasonable attorneys fees for the costs of this action against Defendants John Robertson and Spirit Airlines, Inc. jointly and severally.

———————————————————

CHRIS MANCINO
Attorney for Plaintiff
P.O. Box 167
Fort Lauderdale, FL 33302
(954) 463-5266
FBN# 271748

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

99 8826

CIV - FERGUSON

MAGISTRATE JUDGE
SNOW

## I. (a) PLAINTIFFS

ARTHUR KAUFMAN

**DEFENDANTS**

SPIRIT AIRLINES, INC., a foreign corporation, and JOHN ROBERTSON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)
Chris Mancino, Esq. (954) 463-5266
P. O. Box 167, Ft. Lauderdale, FL 33302

ATTORNEYS (IF KNOWN)    (305) 446-2646
J. Thompson Thornton, Esq./Manny Gurdian, Esq.
80 SW 8 Street #2900, Miami, FL ##!#)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Transferred from
☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to District
Judge from
☐ 7 Magistrate
Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | B☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans Excl Veterans | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS  Third Party 26 USC 7609 | A OR B |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Section 1983 of Title 42 of the United States Code

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE _____    DOCKET NUMBER _____

DATE
10/21/99

SIGNATURE OF ATTORNEY OF RECORD

Original

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG JUDGE _____

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET   99 – 8826

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ARTHUR KAUFMAN

FILED BY
OCT 1 1999

## DEFENDANTS

SPIRIT AIRLINES, INC., a foreign corporation, and JOHN ROBERTSON

**CIV - FERGUSON**

**MAGISTRATE JUDGE**
**SNOW**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Chris Mancino, Esq.  (954)463-5266
P.O. Box 167, Ft. Lauderdale, FL 33302

ATTORNEYS (IF KNOWN)   (305)446-2646

J. Thompson Thornton, Esq./Manny Gurdian, Esq.
80 S.W. 8th Street, #2900, Miami, FL 33130

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Section 1983 of Title 42 of the United States Code

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE   10/18/99

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT 711265   AMOUNT $150.00   APPLYING IFP ___   JUDGE Ferguson   MAG. JUDGE Snow